# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| United States of America, ) | |
| ) | |
| Plaintiff, ) | **ORDER** |
| ) | |
| v. ) | |
| ) | |
| David Alan Wierenga, ) | Case No. 1:22-cr-171 |
| ) | |
| Defendant. ) | |

The court previously ordered Defendant detained. Defendant is currently being housed by the United States Marshal at the Ward County Correctional Center in Minot, North Dakota.

On November 12, 2024, the Pretrial Services Office advised the Court that the North Central Human Service Center in Minot has scheduled diagnostic assessment for Defendant on November 12, 2024, from 9:00 AM to 10:30 AM. The Pretrial Services Office further advised that staff at the Ward County Correctional Center is willing and able to transport Defendant to his appointment.

The court **GRANTS** Defendant a furlough on November 12, 2024, so that he can travel to and participate in his scheduled evaluation. Staff at the Ward County Correctional Center shall transport Defendant to and from appointment. Upon completion of his evaluation, Defendant shall return to the Ward County Correctional Center, where he will remain in Marshal Service custody.

**IT IS SO ORDERED**.

Dated this 12th day of November, 2024.

*/s/ Clare R. Hochhalter*
Clare R. Hochhalter, Magistrate Judge
United States District Court